JOHN CROWN, v. ROBERT F. COLEMAN, as Executor of the Estate of Barbara Crown, deceased, and Robert F. Coleman and Helen Coleman, his wife.

26 So. (2nd) 509                                      January Term, 1946
May 24, 1946                                                    Division A

*Wm. K. King* and *William C. Kaleel,* for appellant.

*James T. Smith* and *Robert S. Baynard,* for appellees.

PER CURIAM:

The ultimate question on this appeal relates to a finding of fact made by the chancellor on conflicting evidence.

464

There are claims of error on the rulings on evidence although we do not find them to be harmful.

The decree is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.